JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENHARDT CHAMBLISS,<br><br>　　　　　Petitioner,<br>　　v.<br><br>KEVIN HARRINGTON, Warden,<br><br>　　　　　Respondent. | Case No. CV 09-6804-DOC (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 9, 2011

　　　　　　　　　　　　　　　　/s/ David O. Carter
　　　　　　　　　　　　　　　　HONORABLE DAVID O. CARTER
　　　　　　　　　　　　　　　　United States District Judge

Prepared by:

/s/ Oswald Parada
HONORABLE OSWALD PARADA
United States Magistrate Judge